

# Fourth Court of Appeals
## San Antonio, Texas

January 3, 2019

No. 04-19-00001-CV

**IN THE COMMITMENT OF STEPHEN PATRICK BLACK**,

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

## O R D E R

Appellant seeks to appeal an order denying his request to appoint counsel to represent him other than the Office of State Counsel for Offenders. *See* TEX. HEALTH & SAFETY CODE ANN. § 841.005 (providing for appointment of Office of State Counsel for Offenders to represent indigent person in civil commitment procedure unless Office of State Counsel for Offenders is unable to represent the indigent person). Texas appellate courts have jurisdiction over final judgments, and such interlocutory orders as the legislature deems appealable by statute. *See Bison Bldg. Materials, Ltd. v. Aldridge*, 422 S.W.3d 582, 585 (Tex. 2012); *Wise v. SR Dallas, LLC*, 436 S.W.3d 402, 408 (Tex. App.—Dallas 2014, no pet.). Chapter 841 of the Texas Health and Safety Code governing the appellant's civil commitment proceedings does not contain any provision authorizing an appeal from an order denying a motion for other appointed counsel. *But see In re State*, 556 S.W.3d 821, 822 (Tex. 2018) (reviewing order regarding appointment of counsel under chapter 841 in mandamus proceeding); *In re Fields*, 256 S.W.3d 859, 860 (Tex. App.—Beaumont 2008, orig. proceeding) (same). It is therefore ORDERED that appellant show cause in writing within two weeks from the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court